# THE BEHRINS LAW FIRM PLLC

1110 SOUTH AVENUE (SUITE 402), STATEN ISLAND, NEW YORK 10314

TELEPHONE (718) 447-5540
FACSIMILE (718) 816-5483

BRUCE G. BEHRINS PLLC
JONATHAN B. BEHRINS PLLC *†
SUSAN R. SCHNEIDER PLLC

LEWIS WERB
General Counsel Emeritus
1927-2011

*New York and New Jersey Bars
†Washington, D.C. Bar

July 10, 2012

The Hon. Roanne L. Mann
United States Magistrate Judge
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Sent *via* ECF

## Gotlin, *et al.* v. Lederman and Silverman, *et al.*
### Docket #04-CV-3736

Dear Judge Mann:

Please accept this as a supplement to my letter of June 15th to include a couple remarks made on the record by Judge Glasser on May 25, 2012:

- Page 9, ll. 16-19: "In any event, may I suggest that you attempt to resolve this case amicably with Judge Mann, and any discovery issues you think may be available you can take up with her."

- Page 14, ll. 10-13: "In the meantime, I suggest you discuss whatever other issues you have with Magistrate Mann. My strong advice would be to resolve it amicably. It would be more expensive for you to continue to litigate."

With regard to the Court's July 2nd order, be advised that Giuseppe Bono called our interpreter to tell him that he would be going out to sea again during the period from July 15th to August 15th. Mr. Bono reported that while at sea he occasionally comes close enough to shore to pick up a cell signal, usually at about 5:00 p.m. (E.S.T.).

Mr. Bono will be on land again from August 16th to August 20th, thereafter returning to sea until mid-September. (The schedule varies, sometimes without more than a few hours' warning, depending upon the degree of unrest in the Mediterranean countries.)

The Hon. Roanne L. Mann                Page 2                July 10, 2012

In light of Mr. Bono's unique work schedule, and not wanting to burden the Court or defense counsel with the complexities of the schedule, I took the liberty of forwarding to him an authorization for my firm to act on his behalf in settlement discussions. (My request to have it signed [for the Court's permanent record] and pdf'd to me has resulted in a delay because Mr. Bono does not have access to a scanner; I should, however, have the authorization within the next 24 hours.)

I trust (and hope) we will be able to proceed on July 18th, based solely on the authorization.

Respectfully yours,

Bruce G. Behrins

BGB:th

cc:   Nancy J. Block, Esq.
      Martin, Clearwater & Bell, LLP
      (sent via e-mail to blockn@mcblaw.com)

      Peter C. Kopff, Esq.
      Kopff & Di Pippo, P.C.
      (sent via e-mail to pkopff@kopffdipippo.com)

      Anthony Albert Lenza, Jr., Esq.
      Amabile & Erman, P.C.
      (sent via e-mail to alenza@amabile-erman.com)