# THE BEHRINS LAW FIRM PLLC
1110 SOUTH AVENUE (SUITE 402), STATEN ISLAND, NEW YORK 10314

TELEPHONE (718) 447-5540
FACSIMILE (718) 816-5483

BRUCE G. BEHRINS PLLC
JONATHAN B. BEHRINS PLLC *†
SUSAN R. SCHNEIDER PLLC

LEWIS WERB
General Counsel Emeritus
1927-2011

*New York and New Jersey Bars
†Washington, D.C. Bar

July 11, 2012

The Hon. Roanne L. Mann
United States Magistrate Judge
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Sent *via* ECF

**Gotlin, *et al.* v. Lederman and Silverman, *et al.*
Docket #04-CV-3736**

Dear Judge Mann:

Transmitted herewith is a copy of the authorization executed by Giuseppe Bono.

Please let me know whether anything further will be required.

Respectfully yours,

Bruce G. Behrins

BGB:th
Enclosure

cc: Nancy J. Block, Esq.
    Martin, Clearwater & Bell, LLP
    (sent via e-mail to blockn@mcblaw.com)

    Peter C. Kopff, Esq.
    Kopff & Di Pippo, P.C.
    (sent via e-mail to pkopff@kopffdipippo.com)

    Anthony Albert Lenza, Jr., Esq.
    Amabile & Erman, P.C.
    (sent via e-mail to alenza@amabile-erman.com)

## AUTHORIZATION

I, Giuseppe Bono, hereby authorize The Behrins Law Firm to participate in settlement negotiations and to enter into any settlement on my behalf that my attorneys deem to be in my best interests, provided that the settlement figure is a lump sum payment for no less than the amount recommended by the court on June 5, 2012.

_____
Giuseppe Bono

_____
Witness

## AUTORIZZAZIONE

Io, Giuseppe Bono, autorizzo lo Studio Legale "The Behrins Lawfirm" di partecipare nei negoziati per mio conto e di arrivare a qualsiasi regolamento che i miei avvocati ritengono rappresenta i miei interessi, a condizione che la cifra finale del risarcimento è una somma forfettaria equivalente ad un totale non meno della somma proposta dal giudice il 5 giugno 2012.

_____
Giuseppe Bono

_____
Testimony